Fill in this information to identify your case:

| | | |
|---|---|---|
| Debtor 1 | **Judy** | **Green** |
| | First Name    Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | **Southern District of Texas** | |
| Case number (if known) | **22-33143** | |

☑ Check if this is an amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | FirstKey Homes <br> Name <br> 25511 Budde Rd Ste 701 <br> Number    Street <br> Spring, TX 77380-2086 <br> City    State    ZIP Code | Home Lease |
| 2.2 | _____ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.3 | _____ <br> Name <br> Number    Street <br> City    State    ZIP Code | |
| 2.4 | _____ <br> Name <br> Number    Street <br> City    State    ZIP Code | |